UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EL CHALATECO, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 13-2208-JPO |

## ORDER TO SHOW CAUSE

On November 27, 2019, plaintiff filed a motion (ECF No. 26) to revive the judgment entered in this case on November 1, 2013 (ECF No. 25). Defendants are ordered to show cause no later than **January 17, 2020,** why the judgment should not be revived pursuant to K.S.A. § 60-2404. If no response is filed by that date, the court will grant the motion and revive the judgment. The revived judgment will have the same force and effect as if it had not become dormant *provided* plaintiff undertakes execution proceedings within five days of the order reviving the judgment.[1]

Dated January 3, 2020, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] *See* K.S.A. § 60-2404 (a revived judgment will "have the same force and effect as if it had not become dormant if the holder thereof files a motion for revivor and files a request for the immediate issuance of an execution thereon if such motion is granted").

1