UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-2208-JPO |
| | ) |
| EL CHALATECO, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER REVIVING JUDGMENT**

On November 27, 2019, plaintiff filed a motion (ECF No. 26) to revive the judgment entered in this case on November 1, 2013 (ECF No. 25). The court subsequently ordered defendants to show cause by January 17, 2020, why the judgment should not be revived pursuant to K.S.A. § 60-2404 (ECF No. 29). Defendants did not respond to the order. Accordingly, the motion is granted as unopposed and the judgment is revived.

Dated January 21, 2020, at Kansas City, Kansas.

   s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge